OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>        Plaintiff,<br><br>  v.<br><br>Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>        Defendant. | Civil Action No. 1-24-CV-00017<br><br>**MOTION TO DISSMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(5) & (6)**<br><br>**Hearing Date: January 23, 2025**<br>**Time: 3:00 p.m.**<br>**Judge: Chief Judge Manglona** |

Pursuant to Federal Rule of Civil Procedures 12(b)(5) & (6), Commissioner Anthony Macaranas in his official capacity as Commissioner of the Department of Public Safety, by and through his attorney of record, Chief Solicitor, J. Robert Glass, Jr., hereby files this Motion to Dismiss.

Plaintiff failed to properly serve Defendant and fails to state a claim upon which relief may be granted.

A Memorandum of Law in support of Defendant's Motion is submitted along with this motion as required by Local Rule 7.1(b).

//

//

//

//

Respectfully Submitted,

November 26, 2024

                          CNMI OFFICE OF THE ATTORNEY GENERAL
                          EDWARD MANIBUSAN, ATTORNEY GENERAL

                          By: /s/ *J. Robert Glass, Jr.*
                              J. Robert Glass, Jr., Bar No. F0523
                              Chief Solicitor

                              Office of the Attorney General
                              Commonwealth of the Northern Mariana Islands
                              Attorneys for the Commonwealth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Memorandum In Support has been electronically filed on November 26, 2024. Further, I certify that a true and correct copy of the foregoing motion and memorandum will be served upon Plaintiff either through the ECF system or by delivery to his address with a certificate of service filed with the Court.

                              /s/ *J. Robert Glass, Jr.*
                              J. Robert Glass, Jr., Bar No. F0523
                              Chief Solicitor

                              Office of the Attorney General
                              Commonwealth of the Northern Mariana Islands