OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

PAUL MURPHY,

           Plaintiff,

     v.

Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands

           Defendant.

Civil Action No. 1-24-CV-00017

**NOTICE OF APPEARANCE;**
**CERTIFICATE OF SERVICE**

      Please take notice that Chief Solicitor, J. Robert Glass, Jr. hereby enters his appearance on behalf of the Defendant Anthony Macaranas in his Official Capacity as Commissioner of the Department of Public Safety. Please send all notices and correspondence to undersigned counsel.

Respectfully Submitted,

November 26, 2024

                        CNMI OFFICE OF THE ATTORNEY GENERAL
                        EDWARD MANIBUSAN, ATTORNEY GENERAL

                        By: /s/  *J. Robert Glass, Jr.*
                          J. Robert Glass, Jr., Bar No. F0523
                          Chief Solicitor

                          Office of the Attorney General
                          Commonwealth of the Northern Mariana Islands
                          Attorneys for the Commonwealth

1
2

## CERTIFICATE OF SERVICE

3      I hereby certify that the above and foregoing was electronically filed on November 26,

4  2024 with service requested to all parties of record.

5
6                                                      /s/ J. Robert Glass, Jr.
7                                                      J. Robert Glass, Jr., Bar No. F0523
                                                       Chief Solicitor
8
                                                       Office of the Attorney General
9                                                      Commonwealth of the Northern Mariana Islands
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28