OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
Kassandra Knoff (T0178)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  kassandra_knoff@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **PAUL MURPHY,**  **Plaintiff,**  v.  **ANTHONY IGLECIAS MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands**  **Defendant.** | Civil Action No. 1-24-CV-00017  **NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE** |

Please take notice that Assistant Attorney General, Kassandra Knoff hereby enters her appearance on behalf of the Defendant Anthony Macaranas in his Official Capacity as Commissioner of the Department of Public Safety. Please send all notices and correspondence to undersigned counsel.

Respectfully Submitted,

January 14, 2025

                                        CNMI OFFICE OF THE ATTORNEY GENERAL
                                        EDWARD MANIBUSAN, ATTORNEY GENERAL

                                        By: /s/  *Kassandra Knoff*
                                            Kassandra Knoff (T0178)
                                            Assistant Attorney General

                                            Office of the Attorney General

Commonwealth of the Northern Mariana Islands<br>Attorneys for the Commonwealth

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on January 14, 2025 with service requested to all parties of record.

/s/ *Kassandra Knoff*_____
Kassandra Knoff (T0178)
Assistant Attorney Genera

Office of the Attorney General
Commonwealth of the Northern Mariana Islands