OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail: robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>　　　　　Plaintiff,<br>v.<br><br>Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>　　　　　Defendant. | Civil Action No. 1-24-CV-00017<br><br>**AFFIDAVIT OF ANTHONY IGLECIAS MACARANAS** |

I, Anthony Iglecias Macaranas, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Defendant in the above captioned matter.

2. I am of majority age and competent to execute this affidavit.

3. I have personal knowledge of the facts stated herein and am willing to testify to them under the penalty of perjury.

4. On November 6, 2024, Plaintiff Paul Murphy served summons on Officer Joseph Benevente of DPS.

5. Joseph Benevente is not authorized or designated to receive service for me in my personal capacity.

6. Joseph Benevente is not authorized or designated to receive service for me in my official capacity as Commissioner of DPS.

7. I was not served the Summons or Complaint personally.

8. On November 12, 2024, the return was filed stating that the Summons was left with "Antonio Muna," incorrectly identified as my executive secretary.

9. The Summons was served together with a copy of the Complaint.

10. Antonio Muna is not authorized or designated to receive service for me in my personal capacity.

11. Antonio Muna is not authorized or designated to receive service for me in my official capacity as Commissioner of DPS.

//
//
//
//

I, Anthony Iglecias Macaranas, declare and state, under penalty of perjury and the laws of the United States, and based on personal knowledge unless otherwise stated, that the above is true and correct to the best of my knowledge and belief, and if called upon to testify, I would completely testify thereto.

Executed on this 14 day of January, 2025, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Anthony Iglecias Macaranas, Defendant