AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| Paul Murphy <br><br> *Plaintiff(s)* <br> v. <br> Anthony Iglesias Macaranas <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1-24-cv-00017 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Iglesias Macaranas
in his official capacity as Commissioner of the
Department of Public Safety of the Commonwealth
of the Northern Mariana Islands (CNMI)

FILED
Clerk
District Court

FEB 05 2025

for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Murphy
8232 SVRB
Saipan, MP 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 04 2025   _____
Signature of Clerk or Deputy Clerk

ANTHONY I. MACARANAS
2/5/2025 1537 Hrs.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Anthony Iglesias Macaranas__
was received by me on *(date)* __2/4/2025__.

☒ I personally served the summons on the individual at *(place)* __DPS, Saipan Office__
on *(date)* __2/5/2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/5/2025__

_____
Server's signature

__Myron Siblan Astao__
Printed name and title

__6970 Abeam Rd. KagmanIII__
__PO Box 506073__
__Saipan, MP 96950, +670.286.8164__
Server's address

Additional information regarding attempted service, etc: