Case 1:24-cv-00017   Document 13   Filed 02/13/25   Page 1 of 2

F I L E D
 Clerk
 District Court
FEB 13 2025
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>             Plaintiff,<br>   v.<br><br>ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>             Defendant. | Case No. 1-24-cv-00017<br><br>NOTICE TO PARTIES |

On November 5, 2024, pro se Plaintiff Paul Murphy filed his Complaint for Declaratory and Injunctive Relief. (ECF No. 1.) Under Rule 4(m) of the Federal Rules of Civil Procedure ("FRCP"), Murphy's deadline to properly serve Defendant Anthony I. Macaranas with a summons and the Complaint was February 3, 2025. (*See* ECF No. 10 at 5.) On February 4, 2025, the Court received a summons not signed or dated by the Clerk of Court, with a proof of service indicating Defendant was served on January 31, 2025. (ECF No. 11.) The same day that proof of service was filed, the Clerk issued a summons for Defendant. The next day, the summons issued by the Clerk and proof of service indicating that Defendant was personally served on February 5, 2025 was filed. (*See* ECF No. 12–12-1.) Although service was made two days after the deadline, the Court sua sponte exercises its discretion to extend the service deadline by two extra days. *See Marlor v. Bonneville Cnty.*, No. CV-06-371-E-BLW, 2007 WL 869157, at *1 (D. Idaho Mar. 20, 2007) (denying defendant's motion to dismiss when defendant was served 11 days after deadline).

The Court now notifies both parties that it will decide Defendant's Motion to Dismiss any claim regarding 6 CMC § 2222(a) (ECF Nos. 3-1 at 4–5; 3-2; 3-3)——which Plaintiff has

not filed an opposition to——without a hearing. If Defendant wishes to file any additional response to the Complaint served upon him on February 5, 2025, he shall do so by February 26, 2025, pursuant to Rule 12 of the FRCP.

    IT IS SO ORDERED this 13th day of February, 2025.

                                                                                        RAMONA V. MANGLONA
                                                                                        Chief Judge