OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Kassandra Knoff (T0178)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  Kassandra_ knoff@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| PAUL MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>Defendant. | Civil Action No. 1-24-CV-00017<br><br>**MOTION TO DISSMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 4 AND 12(b)(5)**<br><br>**Hearing Date: [___]**<br>**Time: [___]**<br>**Judge: [___]** |

Pursuant to Federal Rules of Civil Procedures 4 and 12(b)(5), Commissioner Anthony Macaranas in his official capacity as Commissioner of the Department of Public Safety, by and through his attorney of record, Chief Solicitor, J. Robert Glass, Jr., hereby files this Motion to Dismiss.

Plaintiff failed to properly serve Defendant under applicable state law.

A Memorandum of Law in support of Defendant's Motion is submitted along with this motion as required by Local Rule 7.1(b).

Respectfully Submitted,

February 26, 2025

                                        CNMI OFFICE OF THE ATTORNEY GENERAL
                                        EDWARD MANIBUSAN, ATTORNEY GENERAL

        By: /s/ *J. Robert Glass, Jr.*
            J. Robert Glass, Jr., Bar No. F0523
            Chief Solicitor

            Office of the Attorney General
            Commonwealth of the Northern Mariana Islands
            Attorneys for the Commonwealth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Memorandum In Support has been electronically filed and served on Plaintiff through the ECF system on February 26, 2025.

        /s/ *J. Robert Glass, Jr.*
        J. Robert Glass, Jr., Bar No. F0523
        Chief Solicitor

        Office of the Attorney General
        Commonwealth of the Northern Mariana Islands