# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands ▼

| | |
|---|---|
| Paul Murphy <br><br> *Plaintiff(s)* <br> v. <br> Anthony Iglesias Macaranas <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1-24-cv-00017 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Iglesias Macaranas
in his official capacity as Commissioner of the
Department of Public Safety of the Commonwealth
of the Northern Mariana Islands (CNMI)

FILED
Clerk
District Court

FEB 0 [illegible] 2025

for the Northern Mariana Islands
By _____JP_____
(Deputy Clerk)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paul Murphy
> 8232 SVRB
> Saipan, MP 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 0 4 2025

_____
*Signature of Clerk or Deputy Clerk*

ANTHONY I. MACARANAS
2/5/2025 1537 HM