OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Kassandra Knoff
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  kassandra_knoff@cnmioag.org
Attorney for Anthony Macaranas in his Official Capacity as
Commissioner of the NMI Department of Public Safety

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| PAUL MURPHY,<br><br>             Plaintiff,<br><br>    v.<br><br>Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands<br><br>             Defendant. | Civil Action No. 1:24-CV-00017<br><br>**DELCARATION OF ANTONIO DELEON GUERERO** |

I, Antonio Deleon Guerrero, under penalty of perjury state and would competently testify to the following facts:

1) I am over the age of 18 and I currently reside in Saipan, CNMI.
2) I work in the front receiving office for the Office of the Attorney General.
3) Part of my duties are to receive documents given to the Office of the Attorney General.
4) On March 6, 2025, I was provided with a copy of a summons labeled as "SUMMONS IN A CIVIL ACTION" for "*Paul Murphy v. Anthony Iglesias Macaranas.*"
5) I stamped the document as being received by the Office of the Attorney General on the upper right-hand side of the document and signed it.
6) I was provided with the "SUMMONS IN A CIVIL ACTION" and the Complaint.
7) The person who provided me with the document is known to me as Paul Murphy.

8) I know Paul Murphy from my interactions with him through the Office of the Attorney General.

Further affiant sayeth not.

Signed under penalty of perjury in Saipan, CNMI.
Dated: 3/18/2025

_____
Antonio Deleon Guerrero