F I L E D
Clerk
District Court
APR 10 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:24-cv-00017                                              April 10, 2025
                                                          1:20 p.m.

**PAUL MURPHY -vs- ANTHONY I. MACARANAS**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         MICHEL LI, LAW CLERK
         FRANCINE ATALIG, COURTROOM DEPUTY
         PAUL MURPHY, PRO SE PLAINTIFF
         JONATHAN ROBERT GLASS, JR., ATTORNEY FOR DEFENDANT

PROCEEDINGS: MOTION TO DISMISS

Court stated the procedural posture of this case.

The Court addressed the Defendant's Motion to Dismiss. Attorney Glass argued that service is required Pursuant to Rule 4(j)(2). After discussion, Attorney Glass withdrew the Defendant's Motion to Dismiss, ECF No. [14].

The Court concluded that this court has personal jurisdiction over the Defendant. The Court **granted** Defendant's 12(b)(6) Motion to Dismiss, ECF No. [3]. Defendant's answer is due no later than April 24, 2025. Once the Answer is filed, a case management conference order will be issued pursuant to the Local Rule.

The deadlines for the motion for summary judgment remained suspended.

                                    Adjourned at 2:10 p.m.
                                    /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 04/10/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____