OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Kassandra Knoff (T0178)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| PAUL MURPHY, <br><br> Plaintiff, <br><br> v. <br><br> Anthony Iglecias Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands <br><br> Defendant. | Civil Action No. 1-24-CV-00017 <br><br> **ANSWER** |

Defendant, Anthony Macaranas, in his official capacity as the Commissioner of the CNMI Department of Public Safety, by and through his attorney or record, J. Robert Glass, Jr., files his Answer to Plaintiff's Complaint for Declaratory and Injunctive Relief filed February 5, 2025.

1) Admitted.

2) Paragraph 2 is a legal argument to which no response is required. To the extent a response is required, the law speaks for itself and anything else is denied.

3) Paragraph 3 is a legal argument to which no response is required. To the extent a response is required, Defendant admits that the law speak for itself, but denies the rest.

4) Paragraph 4 is a legal argument to which no response is required. To the extent a response is required, Defendant admits that the laws and cases speak for themselves, but the rest.

5) Defendant admits jurisdiction and venue.

6) Admitted, and Defendant thanks Plaintiff for his honorable service to our country.

7) Defendant admits paragraph 7 to the extent that Defendant is properly identified in his official capacity and is responsible for enforcing Public Law 19-42 § 208(a)(2) (6 CMC §10208(a)(2)).

8) Admitted as to the facts that Plaintiff was denied on those dates and by those people for his request to purchase the Maxim Defense PDX-SD pistol chambered in 5.56 NATO with a built in "soup can" suppressor, a Banish 30 suppressor, and a Ruger MKIV-SD Integral Suppressor 22 caliber pistol. Defendant likewise admits that the laws speak for themselves, but denies anything else.

9) Paragraph 9 is a legal argument to which no response is required. To the extent a response is required, Defendant admits that violation of certain statutes can carry criminal penalties. Denied as to Plaintiff's legal interpretation.

10) Paragraph 10 is a legal argument to which no response is required. To the extent a response is required, Defendant admits statutes and laws speak for themselves. Anything else is denied.

11) Paragraph 11 re-alleges prior paragraphs and is a legal argument to which no response is required. To the extent a response is required, Defendant repeats his answers for those paragraphs that are re-alleged. The remaining statement are legal arguments to which no response is required, and to the extent a response is required, denied.

12) Paragraph 12 is a legal argument to which no response is required. To the extent a response is required, Defendant admits the laws speak for themselves, and denies anything else.

13) Paragraph 13 is a legal argument to which no response is required. To the extent a response is required, Defendant admits the laws speak for themselves, and denies anything else.

14) Paragraph 14 is a legal argument to which no response is required. To the extent a response is required, Defendant admits the laws speak for themselves, and denies anything else

15) Paragraph 15 re-alleges prior paragraphs and sets forth his request to have Public Law 19-42 § 208(a)(2) (6 CMC §10208(a)(2)) declared unconstitutional and to issue a permanent injunction to bar enforcement. Defendant re-alleges his prior responses and denies that Plaintiff's requested relief is warranted and denies Plaintiff's legal analysis.

## **AFFIRMATIVE DEFENSES**

1) Failure to state a claim upon which relief may be granted. Plaintiff's complaint does not allege any claims upon which relief may be granted.

Respectfully Submitted,

April 24, 2025

                          CNMI OFFICE OF THE ATTORNEY GENERAL
                          EDWARD MANIBUSAN, ATTORNEY GENERAL

                          By: /s/ *J. Robert Glass, Jr.*
                              J. Robert Glass, Jr., Bar No. F0523
                              Chief Solicitor

                              Office of the Attorney General
                              Commonwealth of the Northern Mariana Islands
                              Attorneys for the Commonwealth

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Answer has been electronically filed and served on Plaintiff through the ECF system on April 24, 2025.

/s/ *J. Robert Glass, Jr.*
J. Robert Glass, Jr., Bar No. F0523
Chief Solicitor

Office of the Attorney General
Commonwealth of the Northern Mariana Islands

ANSWER
Page 4 of 4