Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
OFFICE OF THE ATTORNEY GENERAL
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:    (670) 237-7500
Fax:    (670) 664-2349
E-mail: robby_glass@cnmioag.org
*Attorney for Defendant Anthony Macaranas
In his Official Capacity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>**Plaintiff,**<br><br>v.<br><br>ANTHONY IGLECIAS MACARANAS, in his official capacity as Commissioner for the Department of Public Safety of the Northern Mariana Islands,<br><br>**Defendants.** | **CIVIL CASE NO. 1:24-CV-00017**<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

The parties to the above-captioned matter, having met and conferred via email, hereby submit the following Joint Case Management Statement:

1. <u>Venue and Jurisdiction.</u> The parties agree that jurisdiction and venue are proper in this court and this district.

2. <u>Parties.</u> All parties been properly designated and served.

3. <u>Amendments.</u> No party expects to add any additional parties, or to otherwise amend the pleadings.

4. <u>Track.</u> The parties concur with the Court that this matter be assigned to the standard track.

5. <u>Discovery.</u> The parties' proposals on the listed subjects are as follows:

1

A. <u>Disclosures</u>. The parties foresee no need for changes to the timing, form or requirement for Rule 26 disclosures. The parties will exchange disclosures on or before June 6, 2025, as provided in Rule 26(a)(1)(C).

B. <u>Subjects of Discovery</u>. The parties propose that discovery cover the issues in the case generally, with no special phasing or focusing.

C. <u>Discovery Issues</u>. The parties foresee no issues regarding discovery.

D. <u>Privilege</u>. The parties agree that any medical records submitted to the Court will be filed under seal.

E. <u>Limitations on Discovery</u>. The parties require no changes to the standard track discovery limitations, or any other limitations.

F. <u>Other Orders</u>. The parties request no other orders under Rules 26 or 16.

6. <u>Appointments.</u> No question exists regarding any of the listed appointments.

7. <u>Expert or Master.</u> The parties do not anticipate the use of a court-appointed expert or master.

8. <u>Jury.</u> Trial by jury has not been demanded by either party.

9. <u>Length of Trial.</u> Trial is anticipated to last no more than three days.

10. <u>Settlement.</u> No settlement discussions have yet taken place. The parties do not intend to schedule a settlement conference before substantial discovery has taken place.

11. <u>Other Matters.</u> None.

| 1. | Initial Disclosures | June 6, 2025 |
|---|---|---|
| 2. | Joinder of Parties | June 6, 2025 |
| 3. | Amendment of Pleadings | June 6, 2025 |

| 4.  | Status Conference                       | September 12, 2025         |
|-----|-----------------------------------------|----------------------------|
| 5.  | Fact Discovery Cutoff                   | October 3, 2025            |
| 6.  | Fact Discovery Motions Deadline         | October 17, 2025           |
| 7.  | Plaintiff's Expert Disclosure           | October 31, 2025           |
| 8.  | Defendant's Expert Disclosure           | October 31, 2025           |
| 9.  | Rebuttal Expert Disclosure              | November 14, 2025          |
| 10. | Expert Discovery Motions Deadline       | December 1, 2025           |
| 11. | Pre-settlement Telephone Conference     | January 20, 2026           |
| 12. | Settlement Conference                   | February 3, 2026           |
| 13. | Dispositive Motions Deadline            | December 15, 2025          |
| 14. | *Daubert*-type Motions Deadline         | December 19, 2025          |
| 15. | Joint Proposed Pretrial Order Deadline  | January 23, 2026.          |
| 16. | Final Pretrial Conference               | February 10, 2026 at 10 AM |
| 17. | Trial                                   | February 17, 2026 at 10 AM |

So Stipulated.

May 29, 2025

/s/
Kassandra Knoff
Assistant Attorney General
Counsel for Anthony Macaranas in his official capacity

/s/
Paul Murphy
Pro Se