F I L E D
Clerk
District Court

JUN 05 2025

for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:24-cv-00017                                                                June 5, 2025
                                                                              1:30 p.m.

**PAUL MURPHY -vs- ANTHONY I. MACARANAS**

PRESENT: HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
ZICHEN LIAO, EXTERN
FRANCINE ATALIG, COURTROOM DEPUTY
PAUL MURPHY, PRO SE PLAINTIFF
KASSANDRA KNOFF, ATTORNEY FOR DEFENDANT

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

Court and parties reviewed and discussed proposed dates and deadlines. Court assigned this case to a modified standard track.

Court will issue a scheduling order.

Plaintiff inquired about the previously agreed upon facts. Attorney Knoff responded that the facts currently part of the record are undisputed but reserved the right to amend that position should new information come to light.

Court and Plaintiff addressed the Plaintiff's pending Motion for Summary Judgment. Court **granted,** without prejudice, Plaintiff's request to withdraw the Motion for Summary Judgment, ECF No. [5], with leave to refile should additional information become available.

                                                    Adjourned at 1:45 p.m.
                                                    /s/ Francine Atalig, Courtroom Deputy

_____
CERTIFICATE OF OFFICIAL COURT RECORDER

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 06/05/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____