FILED
Clerk
District Court
JUN 05 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

PAUL MURPHY,

    Plaintiff,

v.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,

    Defendant.

Case No. 1:24-cv-00017

SCHEDULING ORDER

This matter came before the Court on June 5, 2025, for a Case Management Conference. Plaintiff Paul Murphy appeared pro se and Defendant Anthony I. Macaranas appeared through his counsel Assistant Attorney General Kassandra Knoff. Having discussed the proposed deadlines and hearings with the parties, the Court hereby sets this matter on a standard track and issues the following dates and deadlines pursuant to Rule 16(b) of the Federal Rules of Civil Procedure:

| | | |
|---|---|---|
| 1. | Initial Disclosures filed with the Court | June 6, 2025 |
| 2. | Joinder of Parties | June 6, 2025 |
| 3. | Amendment of Pleadings | June 6, 2025 |
| 4. | Status Conference | September 12, 2025 |
| 5. | Fact Discovery Cutoff | October 3, 2025 |
| 6. | Fact Discovery Motions Deadline | October 17, 2025 |
| 7. | Plaintiff's Expert Disclosure | October 31, 2025 |
| 8. | Defendant's Expert Disclosure | October 31, 2025 |

| 9. | Rebuttal Expert Disclosure | November 14, 2025 |
|---|---|---|
| 10. | Expert Discovery Motions Deadline | December 1, 2025 |
| 11. | Dispositive Motions Deadline | December 15, 2025 |
| 12. | Pre-settlement Telephone Conference before Magistrate Judge Heather L. Kennedy | December 16, 2025 |
| 13. | *Daubert*-type Motions Deadline | December 19, 2025 |
| 14. | Settlement Conference | January 7, 2026 |
| 15. | Joint Proposed Pretrial Order Deadline | January 20, 2026 |
| 16. | Final Pretrial Conference | January 27, 2026, at 9:00 a.m. |
| 17. | Bench Trial | February 17, 2026, at 10:00 a.m. |

The parties are reminded that this Scheduling Order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED this 5th day of June, 2025.

HEATHER L. KENNEDY
Magistrate Judge