FILED
Clerk
District Court
SEP 12 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:24-cv-00017                                                      September 12, 2025
                                                                                 1:30 p.m.

**PAUL MURPHY -vs- ANTHONY I. MACARANAS**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
             FRANCINE ATALIG, COURTROOM DEPUTY
             KASSANDRA KNOFF, ATTORNEY FOR DEFENDANT

PROCEEDINGS: STATUS CONFERENCE

Court noted for the record that Mr. Murphy is not present.

Attorney Knoff updated the Court on the status of discovery and initial disclosures and apprised the Court that discovery materials were received from Mr. Murphy on September 11, 2025.

Court and Attorney Knoff discussed relevant case law from the Fifth and Ninth Circuits

Court continued this **Status Conference** for **December 11, 2025**, at **3:30 p.m.**

                                                          Adjourned at 2:00 p.m.
                                                          /s/ Francine Atalig, Courtroom Deputy
_____
CERTIFICATE OF OFFICIAL COURT RECORDER
I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 09/12/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____