```
                                              F I L E D
                                                Clerk
                                             District Court

                                             DEC 11 2025

                                        for the Northern Mariana Islands
                                        By_____
                                                (Deputy Clerk)
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

1:24-cv-00017                                         December 11, 2025
                                                      3:20 p.m.

**PAUL MURPHY -vs- ANTHONY I. MACARANAS**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         FRANCINE ATALIG, COURTROOM DEPUTY
         PAUL MURPHY, PRO SE PLAINTIFF
         JONATHAN ROBERT GLASS, JR., ATTORNEY FOR DEFENDANT
         KASSANDRA KNOFF, ATTORNEY FOR DEFENDANT

PROCEEDINGS: STATUS CONFERENCE

Attorney Glass apprised the Court that although the parties had not met and conferred prior to today, discovery has been completed.

Court and parties discussed relevant Circuit cases.

Attorney Glass apprised the Court that settlement discussions would not be productive at this time. Court vacated the pre-settlement telephone conference, settlement conference, and Daubert type motions.

Parties apprised the Court that they were amenable to staying the dispositive-motions deadline until a decision is rendered. Court vacated the dispositive-motions deadline and set a **Status Conference** for **February 9, 2026**, at **1:30 p.m.**

                                        Adjourned at 4:00 p.m.
                                        /s/ Francine Atalig, Courtroom Deputy
_____
CERTIFICATE OF OFFICIAL COURT RECORDER
I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on 12/11/2025. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above-entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____