F I L E D
Clerk
District Court
FEB 04 2026
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PAUL MURPHY,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands<br><br>      Defendant. | Case No. 1-24-cv-00017<br><br>**ORDER SUA SPONTE RESETTING STATUS CONFERENCE** |

The Court hereby sua sponte resets the status conference currently scheduled for February 9, 2026 at 1:30 p.m. to **May 14, 2026 at 1:30 p.m.** The reason for this continuance is to monitor and await appellate decisions that will likely be dispositive in this case. (*See* Mins., ECF No. 25.)

IT IS SO ORDERED this 4th day of February, 2026.

*/s/ Ramona V. Manglona*
RAMONA V. MANGLONA
Chief Judge