F I L E D
Clerk
District Court

MAY 04 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

PAUL MURPHY,

       Plaintiff,

    v.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands

       Defendant.

Case No. 1:24-cv-00017

**ORDER SUA SPONTE RESETTING STATUS CONFERENCE**

    The Court hereby sua sponte resets the status conference currently scheduled for May 14, 2026 at 1:30 p.m. to **July 16, 2026 at 1:30 p.m.** The reason for this continuance is to monitor and await appellate decisions that will likely be dispositive in this case. (*See* Mins., ECF No. 25; Order, ECF No. 26.)

    IT IS SO ORDERED this 4th day of May, 2026.

_____
RAMONA V. MANGLONA
Chief Judge

- 1 -