OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Kassandra Knoff (T0178)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail:  robby_glass@cnmioag.org
Attorney for DPS Commissioner Macaranas
In his Official Capacity

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

PAUL MURPHY,

        Plaintiff,

  v.

Anthony Iglecias Macaranas, in his official
capacity as Commissioner of the Department
of Public Safety of the Northern Mariana
Islands

        Defendant.

Civil Action No. 1-24-CV-00017

**DEFENDANT'S NINTH CIRCUIT
CASE LAW UPDATE**

COMES NOW Defendant, Anthony I. Macaranas, in his official capacity as the Commissioner of the Department of Public Service ("DPS"), by and through his undersigned counsel, and files this Ninth Circuit Case Law Update.

On December 11, 2025, the Court reset the case proceedings to provide time for the Ninth Circuit to decide a case that will have direct implications on this case. The status conference was then continued to July 16, 2026 (ECF 27).

On June 3, 2026, the Ninth Circuit issued its Opinion in *United States v. Deborba*, --- F.4th ---, 2026 WL 1587553 (9th Cir. 2026). *Deborba* is a case where the Defendant was convicted for, among other things, unlawful possession of a firearm silencer. Defendant was convicted in a stipulated fact bench trial. Defendant appealed and the Ninth Circuit upheld the convictions,

CASE LAW UPDATE
Page 1 of 3

including the unlawful possession of a firearm silencer. In upholding the conviction, the Ninth Circuit held that silencers "are 'accoutrements' and not arms" and thus do not satisfy the first step of the test as announced in *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). *Debrorba*, 2026 WL 1587553 at *4. While brief, the issue is one that is definitively covered in the opinion. The issue is the same as the one in this case: whether the second amendment covers silencers so that states cannot ban them. The opinion directly addresses this issue stating "[s]ilencers are not 'arms' covered by the Second Amendment's plain text." *Id*. In reaching this decision, the Ninth Circuit panel found the prior en banc statement in *Duncan v. Bonta*, 133 F.4th 852, 868 (9th Cir. 2025) (en banc) controlling. *Id*. at *1. ("As for his challenge to the regulation of silencers under the National Firearms Act ("NFA"), binding precedent counsels that silencers are not covered by the plain text of the Second Amendment.").

The Court may continue to await the decision in *Sanchez v. Bonta*, 24-5566, to see if the Ninth Circuit continues to hold the same or if they distinguish *Sanchez* in a way that would impact the present case. However, the Court could also move this case forward to MSJ or allow Plaintiff to dismiss the case and re-institute if *Sanchez v. Bonta* changes the Ninth Circuit jurisprudence on silencers.

Filed June 17, 2026.

Respectfully Submitted,

CNMI OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN, ATTORNEY GENERAL

By: /s/ *J. Robert Glass, Jr.*
J. Robert Glass, Jr. (F0523)
Chief Solicitor

By: /s/ Kassandra Knoff
Kassandra Knoff (T0178)
Assistant Attorney General

Office of the Attorney General
Attorneys for Defendant
DPS Commissioner Macaranas

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed and served on Plaintiff through the ECF system on June 17, 2026.

/s/ *J. Robert Glass, Jr.*
J. Robert Glass, Jr., Bar No. F0523
Chief Solicitor

Office of the Attorney General
Commonwealth of the Northern Mariana Islands