F I L E D
Clerk
District Court
JUL 09 2026
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

PAUL MURPHY,

        Plaintiff,

    v.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands

        Defendant.

Case No. 1:24-cv-00017

**ORDER SUA SPONTE RESETTING STATUS CONFERENCE**

Having read the parties' positions on the status of this matter in light of the Ninth Circuit's recent decision in *United States v. DeBorba*, 177 F.4th 1005 (9th Cir. 2026) (ECF Nos. 28–29), the Court hereby sua sponte resets the status conference currently scheduled for July 16, 2026 to **September 24, 2026 at 1:30 p.m.** The reason for this continuance is to monitor and await appellate decisions that will likely be dispositive in this case. (*See* Mins., ECF No. 25; Order, ECF No. 26; Order, ECF No. 27.)

IT IS SO ORDERED this 9th day of July, 2026.

_____
RAMONA V. MANGLONA
Chief Judge

- 1 -