FILED
Clerk
District Court

SEP 22 2026

for the Northern Mariana Islands
By ____________ (Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

PAUL MURPHY,

Plaintiff,

vs.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,

Defendant.

Case No. 1:24-cv-00017

**FOURTH SUA SPONTE ORDER RESETTING STATUS CONFERENCE**

The Court hereby sua sponte resets the status conference currently scheduled for September 24, 2026 to **December 3, 2026 at 1:30 p.m.** The reason for this continuance is to monitor and await appellate decisions that will likely be dispositive in this case. (*See* Mins., ECF No. 25; Order, ECF No. 26; Order, ECF No. 27; Order, ECF No. 30.)

IT IS SO ORDERED on this 22nd day of September, 2026.

RAMONA V. MANGLONA
Chief Judge