OFFICE OF THE ATTORNEY GENERAL
Kassandra L. Knoff (T0178)
Assistant Attorney General
Commonwealth of the Northern Mariana Islands
Hon. Juan A. Sablan Memorial Bld., Fl. 2, Caller Box 10007
Capital Hill, Saipan, MP 96950
Telephone: (670) 237-7500
Facsimile: (670) 664-2349
E-Mail: kassandra_knoff@cnmioag.org
Attorney for the Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **PAUL MURPHY,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,**<br><br>**Defendant.** | Case No. 1:24-cv-00017<br><br>**MOTION OF KASSANDRA L. KNOFF TO WITHDRAW AS COUNSEL OF RECORD FOR ANTHONY I. MACARANAS** |

The undersigned counsel respectfully moves to withdraw as counsel for the Defendant, ANTHONY I, MACARANAS, pursuant to the requirements of Local Rule 83.4(d), as the Defendant is already adequately represented by Chief Solicitor ROBBY GLASS, JR. Ms. Knoff will be leaving the Office of the Attorney General as of October 6, 2026, and will no longer serve as counsel on this matter. Counsel does not anticipate opposition on this motion.

Respectfully submitted,

Dated: __th of October, 2026.

OFFICE OF THE ATTORNEY GENERAL

EDWARD MANIBUSAN, ATTORNEY GENERAL

By: ___/s/ *Kassandra Knoff*______
Kassandra L Knoff (T0178)
Assistant Attorney General