FILED
Clerk
District Court
OCT 13 2026
for the Northern Mariana Islands
By ____________ (Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

PAUL MURPHY,

Plaintiff,

vs.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,

Defendant.

Case No. 1:24-cv-00017

**ORDER DENYING WITHOUT PREJUDICE KASSANDRA L. KNOFF'S MOTION TO WITHDRAW**

Before the Court is Kassandra L. Knoff's Motion for Leave to Withdraw as Counsel for Defendant Macaranas ("Motion") (ECF No. 32), filed October 7, 2026. Based on the Court's review of the Motion and the law, the Court DENIES the Motion.

The Motion cites to Local Rule 83.4(d), but it is not apparent on the face of the Motion that the rule was satisfied. (Motion, ECF No. 32.) Local Rule 83.4(d) requires that notice be served upon the client and opposing counsel. *See* Local Rule 83.4(d). The Motion neither states notice was provided to Knoff's client nor opposing counsel. Indeed, the Motion only mentions that Defendant is adequately represented by the Chief Solicitor, and that "Counsel *does not anticipate* opposition on this motion[,]" indicating to the Court that notice was *not previously* provided to opposing counsel or the client. (Motion to Withdraw (emphasis added).)

Moreover, the Motion was filed on October 7, 2026, but states that Knoff departed the CNMI Office of the Attorney General on October 6, 2026. (*Id.*) The Motion is signed by Kassandra Knoff and fails to indicate whether someone filed it on her behalf. (*Id.*) Finally, the Motion is

undated, so the Court is unsure when the Motion was signed. (*Id.*)

For these reasons, the Court DENIES WITHOUT PREJUDICE the Motion for Leave to Withdraw as Counsel. Counsel Knoff, or her co-counsel Chief Solicitor Robby Glass, Jr., is ordered to file an amended Motion to Withdraw after complying with Local Rule 83.4(d).

IT IS SO ORDERED on this 13th day of October, 2026.

RAMONA V. MANGLONA
Chief Judge