OFFICE OF THE ATTORNEY GENERAL
ALISON M. NELSON (F0540)
Chief, Civil Division
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-237-7500
Fax: (670)-664-2349
e-mail: alison_nelson@cnmioag.org
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **PAUL MURPHY,**<br><br>**Plaintiff,**<br>**v.**<br><br>**ANTHONY IGLECIAS MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Northern Mariana Islands**<br><br>**Defendant.** | **Civil Action No. 1-24-CV-00017**<br><br>**NOTICE OF APPEARANCE OF ALISON M. NELSON**<br><br>**AND**<br><br>**MOTION FOR LEAVE TO WITHDRAW KASSANDRA L. KNOFF AS COUNSEL OF RECORD** |

Alison M. Nelson, Chief of the Civil Division of the Commonwealth of the Northern Mariana Islands ("CNMI") Office of the Attorney General, hereby enters her appearance on behalf of Defendant Anthony I. Macaranas, in his official capacity as Commissioner of the Department of Public Safety of the CNMI, and respectfully moves, pursuant to Local Rule 83.4(d), for an order permitting Kassandra L. Knoff to withdraw as counsel of record. In support of this motion, the undersigned counsel states as follows:

1. On October 7, 2026, our Office filed a Motion for Leave to Withdraw as Counsel on behalf of Kassandra Knoff. (ECF No. 32.) On October 13, 2026, the Court denied the motion without prejudice, identifying deficiencies concerning the notice, the identity of filing attorney, and the date of execution. (ECF No. 33.) This filing is intended to address those deficiencies and provide for the continued representation of Defendant.

2. My understanding is that Ms. Knoff personally finalized and signed her Motion for Leave to Withdraw as Counsel on October 6, 2026, but was unable to electronically file it that day due to technical difficulties with PACER's multi-factor authentication process. Our Office's Legal Secretary Ms. Noreta V. Pamintuan completed the electronic filing on October 7, 2026, at Ms. Knoff's request and on her behalf, using Ms. Knoff's credentials. Now, Ms. Knoff no longer has access to the Office's electronic filing resources and is no longer available to represent Defendant in this matter.

3. Mr. J. Robert Glass, Jr. is presently certified as a candidate for public office and is on leave pursuant to 1 CMC § 8245(i). Mr. Glass remains counsel of record in this matter and intends to resume active participation in the case as soon as his leave ends. Undersigned counsel has entered her appearance to ensure compliance with the Court's order requiring Ms. Knoff or Mr. Glass to address the deficiencies in Ms. Knoff's filings without requiring Mr. Glass to perform official duties during his mandatory leave.

4. Good cause exists under Local Rule 83.4(d) to permit Ms. Knoff to withdraw because she is not presently available to continue representing Defendant. Granting withdrawal will not prejudice Defendant or delay the proceedings because the undersigned counsel has assumed responsibility for the active representation of Defendant during Mr. Glass's leave.

5. Defendant was provided written notice of this Motion via email on October 20, 2026, and acknowledged his receipt in writing. Ms. Knoff was also provided written notice of this motion via email on October 20, 2026, and provided her consent to its filing in writing.

6. This Motion is filed and signed by undersigned counsel. Undersigned counsel will assume responsibility for Defendant's representation upon entry of the requested order.

WHEREFORE, Defendant respectfully requests that the Court:

A. Recognize the appearance of Alison M. Nelson on behalf of Defendant;

B. Grant leave for Ms. Knoff to withdraw pursuant to Local Rule 83.4(d);

C. Direct the Court to terminate Ms. Knoff as counsel of record and remove her from electronic service in this matter; and

D. Grant such other relief as the Court deems appropriate.

Respectfully Submitted,

October 21, 2026

CNMI OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN, ATTORNEY GENERAL

/s/ *Alison M. Nelson*
ALISON M. NELSON, Bar No. F0540
Chief, Civil Division
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that the above will be electronically filed on October 21, 2026 using the CM/ECF system, which will send notification of the filing to Plaintiff. Further, I certify that a true and correct copy of the foregoing motion was provided to Defendant and to Kassandra L. Knoff via email or other electronic service, to the extent not otherwise served through CM/ECF.

/s/ *Alison M. Nelson*
ALISON M. NELSON, Bar No. F0540
Chief, Civil Division
Attorney for Defendant