FILED
Clerk
District Court
OCT 21 2026
for the Northern Mariana Islands
By ____________ (Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

PAUL MURPHY,

Plaintiff,

vs.

ANTHONY I. MACARANAS, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,

Defendant.

Case No. 1:24-cv-00017

**ORDER GRANTING KASSANDRA L. KNOFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANTHONY I. MACARANAS**

Before the Court is the Notice of Appearance of Alison M. Nelson and Motion for Leave to Withdraw Kassandra L. Knoff as Counsel of Record ("Motion") (ECF No. 34), filed October 21, 2026. With this filing, the Court recognizes the entry of appearance by Alison M. Nelson, Chief of the Civil Division of the Commonwealth of the Northern Mariana Islands ("CNMI") Office of the Attorney General, on behalf of Defendant Anthony I. Macaranas. However, it need not issue an order regarding her notice of appearance. *See* Local Rule 83.3 ("members of this Court's bar or an attorney otherwise authorized by these Rules to practice before this Court may appear for a party. . .").

The Motion additionally addresses deficiencies identified by the Court in its order denying without prejudice (ECF No. 33) former Assistant Attorney General Knoff's initial motion to withdraw (ECF No. 32) and aims to address these deficiencies.[1] First, the Motion identifies how

[1] The Court highlights that the Motion is not accompanied by an affidavit or declaration under penalty of perjury even though it makes factual contentions, as is required under Local Rule 7.1(b)(2). Despite this deficiency, the Court accepts as true the factual contentions made in the Motion.

the initial motion to withdraw was filed since it was filed the day after Knoff departed the Office of the Attorney General. (Motion 2, ECF No. 34.) Second, the Motion indicates that Chief Solicitor Jonathon Robert Glass, Jr. is on mandatory leave but remains counsel of record, and that Nelson entered her appearance to ensure compliance with the Court's order. (*Id.*) Third, the Motion states that Knoff is no longer available to continue representing Defendant Macaranas, creating good cause to grant the motion under Local Rule 83.4(d). (*Id.*) Finally, notice was provided to Defendant Macaranas in the form of email on October 20, 2026 which was acknowledged received by the Defendant (*id.*), and the opposing party was noticed by issuance of the Notice of Electronic Filing when the Motion was filed, indicating compliance with Local Rule 83.4(d). (*Id.* at 3 (Certificate of Service).)

For good cause shown and notice having been provided to both the client and the opposing party pursuant to Local Rule 83.4(d), the Court GRANTS the Motion.

The Clerk is hereby ordered to terminate Kassandra L. Knoff as counsel of record and remove her from electronic service in this matter.

IT IS SO ORDERED on this 21st day of October, 2026.

RAMONA V. MANGLONA
Chief Judge